

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thomas Reddick<br><br>                                  **Plaintiff,**<br>                     V.<br>Metropolitan Life Insurance Company, a New York corporation; Does 1 to 10<br><br>                                  **Defendant.** | **Civil Action No.**   15-cv-2326-L-WVG<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Judgment is entered for Plaintiff, Thomas Reddick in the amount of $294,391.11 for attorneys' fees and costs.

| | |
|---|---|
| Date:    2/26/18 | CLERK OF COURT<br>JOHN MORRILL, Clerk of Court<br>By:  s/ A. Hazard<br>                                  A. Hazard, Deputy |